# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF v. Brian Ekelund DEFENDANT(S). | CR- 05-668 (A) *illegible* |
| | ABSTRACT OF ORDER TO RETURN DEFENDANT TO COURT ON NEXT COURT DAY |

TO:   UNITED STATES MARSHAL

You are hereby notified that the Hon. __Abrams__, United States Magistrate Judge, has this date ordered the above-named defendant returned before:

Magistrate Judge __Abrams__
Courtroom No. __341, 3rd fl__
Date: __2-22-06__
Time: __2:00__ a.m./(p.m.)
Proceedings: __Detention Hearing__

DATED: __2/21/06__

CLERK, U. S. DISTRICT COURT

By: __A. Hines__
Deputy Clerk

*Distribution:*   Original to US Marshal     Copy to File

M-20 (2/00)   ABSTRACT OF ORDER TO RETURN DEFENDANT TO COURT ON NEXT COURT DAY